In the Matter of the Petition of NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Respondents, Relative to Acquiring Title to Real Estate or a Right of Way for the Construction of an Elevated Railroad Structure on Jamaica Avenue, in the Borough and County of Queens, City and State of New York, v. SUSIE CHURCH HOLLIDAY, Appellant.— Appeal from order appointing commissioners dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of Opening SIXTY-SECOND STREET from Tenth Avenue to Eighteenth Avenue, and from Bay Parkway to West Street, in the Borough of Brooklyn, City of New York (Parcel No. 102a). WILHELMINA J. EDEN, Appellant, v. STERN & GILLEAUDEAU, Individually and as Attorneys for MARIA ALI, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam, and Blackmar, JJ., concurred.

In the Matter of Supplementary Proceedings: WILLIAM N. WALDEN, Plaintiff, v. HARRIS GOODMAN, Appellant. WILLARD AMERMAN, Receiver, Respondent.— Order of the County Court of Kings county modified so as to reduce the extra allowance made to the receiver to $35, and that made to his attorney to $100, and so as not to direct any payment at all to the referee in *Amerman as Receiver* v. *Harris Goodman et al.*, and as so modified the order is affirmed, without costs; such modifications are made upon the ground that, especially considering the amount involved in the proceedings, they make the compensation of the receiver and his attorney adequate, and because the said referee is not entitled to compensation, as it does not appear that he did anything. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

JOSEPH V. JORDAN, Appellant, v. ELOISE EVANS JORDAN, Respondent.— Judgment modified by reduction of permanent alimony to the sum of $50 per week, and as modified affirmed, without costs. Order granting defendant additional counsel fee modified so as to fix that counsel fee at the sum of $1,000, and as modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.